## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL LTD.,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**SUN PHARMA GLOBAL FZE, et al.,**<br><br>    **Defendants.** | Civil Action No. 15-8017 (SDW)(LDW)<br><br>(Consolidated with Civil Action No. 15-8042)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br>  **(Filed Electronically)** |
| **DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL LTD.,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**DR. REDDY'S LABORATORIES, LTD., et al.,**<br><br>    **Defendants.** | Civil Action No. 15-8042 (SDW)(LDW)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda Dunn Wettre, U.S.M.J.<br><br><br>  **(Filed Electronically)** |

## <u>CONSENT JUDGMENT</u>

WHEREAS this action has been brought by Plaintiffs Dexcel Pharma Technologies, Ltd. and Dexcel Ltd. (collectively, "Dexcel") against Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL) and Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries, Ltd. ("Sun");

WHEREAS Dexcel has alleged that the products that are the subject of DRL's Abbreviated New Drug Application ("ANDA") No. 207740 and Sun's ANDA No. 207891 ("DRL's and Sun's ANDA Products") infringe United States Patent No. 9,023,391 ("the '391 Patent").

THEREFORE, IT IS HEREBY ORDERED that:

1.      The parties stipulate and agree, and the Court hereby finds, adjudges, and declares that DRL's and Sun's ANDA Products do not infringe any claim of the '391 Patent;

2.      Final judgment of noninfringement of the '391 patent is hereby entered in favor of DRL and Sun;

3.      All remaining claims, counterclaims, affirmative defenses, and demands in this action are hereby dismissed with prejudice;

4.      Dexcel has waived its right and ability to appeal this final judgment of noninfringement; and;

5.      Each party shall bear its own costs and expenses.


Respectfully submitted,

s/ Sarah A. Sullivan
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Saul Ewing Arnstein & Lehr LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Thomas Pease
Catherine T. Mattes
Brian J. Forsatz
Anastasia Fernands
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

Dated: August 2, 2018

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Rivkin Radler LLP
21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
(201) 287-2460

OF COUNSEL:

Stephen P. Benson
Brian J. Sodikoff
Kimberly A. Beis
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200

*Attorneys for Defendants*
*Sun Pharma Global FZE,*
*Sun Pharmaceutical Industries, Inc., and*
*Sun Pharmaceutical Industries, Ltd.*

Robert Green
Caryn Borg-Breen
Jessica Tyrus
Green, Griffith & Borg-Breen LLP
676 N Michigan Avenue
Suite 3900
Chicago, Illinois 60611
(312) 883-8000

*Attorneys for Plaintiffs*
*Dexcel Pharma Technologies Ltd.*
*and Dexcel Ltd.*

s/ Alan H. Pollack
Alan H. Pollack
Constance S. Huttner
Anandita Vyakarnam
Caroline Sun
Beth Finkelstein
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

SO ORDERED on this 6th day of August 2018.

Hon. Susan D. Wigenton, U.S.D.J.

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Sarah A. Sullivan
Phone: (973) 286-6728
Fax: (973) 286-6828
sarah.sullivan@saul.com
www.saul.com

August 2, 2018

**VIA ECF**

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      <u>Re</u>:    *Dexcel Pharma Technologies Ltd., et al. v. Sun Pharma Global FZE, et al.*
             <u>Civil Action No. 15-8017 (SDW)(LDW) (consolidated)</u>

Dear Judge Wigenton:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Green, Griffith & Borg-Breen LLP, represents Plaintiffs Dexcel Pharma Technologies Ltd. and Dexcel Ltd. in the above-referenced matter.

As discussed with Your Honor in court this morning, enclosed for Your Honor's consideration is a Consent Judgment, which, subject to Your Honor's approval, would dismiss this case with prejudice. If the enclosed Consent Judgment meets with Your Honor's approval, we respectfully request that Your Honor sign and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Sarah A. Sullivan

Enclosure

cc:    All counsel (via e-mail)